Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                    **07 CIV    6873**
                                    Index No.

Caribbean Retail Ventures, Inc.,

                  Plaintiff,

  - against -

                               **RULE 7.1 STATEMENT**

M/V "ZIM HAIFA", her engines, boilers, etc., *in rem*;
Zim Integrated Shipping Services Ltd., Koron Maritime Inc.,
Belco Resources, Inc., Sinochem Jiangsu Corporation,
Nanjing Huabin Foreign Trade & Economics Co., Ltd.,
Huabang International, Inc., Sinotrans Ningbo International
Forwarding Agency Co., Ltd., John Doe 1-10, *in personam*,

                  Defendants.
---------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

Dated: New York, New York
       July 31, 2007

                                       HILL RIVKINS & HAYDEN
                                       Attorneys for Plaintiff,

                                 By: _____
                                   Thomas E. Willoughby (TW4452)
                                   45 Broadway, Suite 1500
                                   New York, New York 10006
                                   (212) 669-0600