Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
Caribbean Retail Ventures, Inc., Electrolux Major Appliances
N.A., Electrolux Home Products, Handal Et Fils, Hiagro
Trading Establishment and J. PICA, Cia, Inc., P.T. Kaybee
Jakarta, Par Intercontinental (HK) Ltd., Euromoda
International Corp. and Plasticos Hercules, C.A.,

                              Plaintiffs,

Index No.:
07 CIV 6873

     - against -

**RULE 7.1 STATEMENT**

M/V "ZIM HAIFA", her engines, boilers, etc., *in rem*;
Zim Integrated Shipping Services Ltd., Koron Maritime Inc.,
Belco Resources, Inc., Sinochem Jiangsu Corporation,
Nanjing Huabin Foreign Trade & Economics Co., Ltd.,
Huabang International, Inc., Sinotrans Ningbo International
Forwarding Agency Co., Ltd., Seth Shipping(s) Ltd.,
John Doe 1-10, *in personam*,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or

more of Plaintiff's stock.

PLEASE SEE ATTACHED LIST

Dated: New York, New York
June 27, 2007

HILL RIVKINS & HAYDEN
Attorneys for Plaintiffs,

By: _____
Thomas E. Willoughby (TW4452)
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

# Search Results

Search for "euromoda" returned these results:

**New!** Hoover's offers free information about
D&B International matches

users ... can also access:
D&B Basic North American matches

### D&B Results

**New!** View free information on D&B In-Depth North

... and D&B International Companies. D&B Basic companies are still available to subscribers

## D&B Basic Matches

Refine Results by [State/Province ▼]

| | Location | Location Type | D&B Reports |
|---|---|---|---|
| ... | San Juan, PR | Single | Buy Report |
| ... | New York, NY | Single | Buy Report |
| ... ("Ultimo Euromoda Apparel") | Saskatoon, SK | Single | Buy Report |

Results 1-3 of 3

## D&B International Matches

Refine Results by
[...... ▼]

| | Location | Location Type | D&B Reports |
|---|---|---|---|
| ... | Bocairent, Valencia, Spain | Single | Buy Report |
| ... | Aschaffenburg, Bayern, Germany | Single | Buy Report |
| ... | Guadalajara, Jalisco, Mexico | Single | Buy Report |
| ... | Guadalajara, Jalisco, Mexico | Single | Buy Report |
| ... | Colon, Colon, Panama | Single | Buy Report |
| ... | Estado De Mexico Nau, Mexico | Single | Buy Report |
| ... ("Gota D'agua: Loja Capocine; 150296") | Lisboa, Lisboa, Portugal | Single | Buy Report |

Results 1-7 of 7



# Search Results

Search for ""plasticos hercules"" returned these results

**D&B Results**

**New!** Hoover's offers free information about D&B International matches

**New!** View free

information on D&B In-Depth North American and D&B International Companies. D&B Basic companies are still available to subscribers only.

| D&B International Matches | Location | Location Type | D&B Reports |
|---|---|---|---|
| Refine Results by | | | |
| [dropdown] | | | |
| [redacted] Plasticos Ltda | Sao Paulo, Sao Paulo, Brazil | Single | Buy Report |
| [redacted] Hercules Lda | Espinho, Espinho, Portugal | Single | Buy Report |
| [redacted] | Abegondo, La Coruña, Spain | Single | Buy Report |

Results 1-3 of 3

[redacted black bar with text: "I'm stuck in a cab right now and a top restaurant in Chicago wants to serve my pasta. Pronto."]