*Thomas E. Willoughby*
HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiffs*
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
Caribbean Retail Ventures, Inc., Electrolux Major Appliances
N.A., Electrolux Home Products, Handal Et Fils, Hiagro
Trading Establishment and J. PICA, Cia, Inc., P.T. Kaybee
Jakarta, Par Intercontinental (HK) Ltd., Euromoda
International Corp. and Plasticos Hercules, C.A.,

                Plaintiffs,

      - against -

M/V "ZIM HAIFA", her engines, boilers, etc., *in rem*;
Zim Integrated Shipping Services Ltd., Koron Maritime Inc.,
Belco Resources, Inc., Sinochem Jiangsu Corporation,
Nanjing Huabin Foreign Trade & Economics Co., Ltd.,
Huabang International, Inc., Sinotrans Ningbo International
Forwarding Agency Co., Ltd., Seth Shipping(s) Ltd.,
John Doe 1-10, *in personam*,

                Defendants.
---------------------------------------------------------------------X

Index No.:
07 CIV 6873

*AFFIDAVIT OF*
*SERVICE*

STATE OF NEW YORK, COUNTY OF NEW YORK SS.:

      The undersigned, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in the State of New York.

      On July 8, 2008, I served a true copy of the annexed **SUPPLEMENTAL SUMMONS, AMENDED COMPLAINT and RULE 7.1 STATEMENT**



      Service
      By Mail

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

      DeOrchis & Partners, LLP
      Vincent M. DeOrchis
      Olivier D.L. DuPont
      Attorneys for Zim Integrated Shipping Services, Ltd.
      61 Broadway, New York, NY 10006
      Your File No. 1236-689

      Bennett, Giuliano, McDonald & Perrone, LLP
      William R. Bennett
      Attorneys for Belco Resources, Inc.
      225 West 34th Street, New York, NY 10122

Lovells, LLP
Derek J. Craig, Esq.
Edward T. Schorr, Esq.
Attorneys for Sinochem Jiangsu Corporation
590 Madison Avenue, New York, NY 10022


Tisdale Law Offices, LLC
Lauren C. Davies, Esq.
Attorneys for Nanjing Huabin Foreign Trade & Economics Co., Ltd.
11 West 42nd Street, New York, NY 10036


DeOrchis & Partners, LLP
Vincent M. DeOrchis
Olivier D.L. DuPont
Attorneys for Seth Shipping(s) Ltd.
61 Broadway, New York, NY 10006

_____
Maria G. West

Sworn to before me
On the ____ day of July 2008

_____
Notary Public

ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2011